UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JOSEPH SCOTT GRAY,

       Defendant.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:10-cr-7

## ORDER GRANTING ENDS OF JUSTICE CONTINUANCE

Before the Court is the Defendant's motion for ends of justice continuance of the final pretrial presently scheduled for March 8, 2010 and trial scheduled for March 16, 2010. The basis of the Defendant's motion is that additional time is necessary to complete all necessary investigations, locate witnesses, and prepare and file pretrial motions. The government does not oppose the motion.

The Court finds that the ends of justice served by the granting of a continuance outweighs the best interest of the public and the defendant in a speedy trial.

NOW THEREFORE, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), an ends of justice continuance is hereby entered. The final pretrial conference is rescheduled to **June 7, 2010 at 10:00 a.m.** All motions shall be filed on or before **April 16, 2010**. Jury trial is rescheduled to **June 15, 2010 at 8:45 a.m.**

Dated: February 24, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge