UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

        Plaintiff,                             HONORABLE PAUL L. MALONEY

v.                                      Case No. 1:10-cr-7

JOSEPH SCOTT GRAY,

        Defendant.

_____/


**ORDER GRANTING MOTION TO RESCHEDULE TRIAL**


        This matter is before the Court on the Government's Motion to Reschedule Trial (Dkt. #17). The Government seeks to reschedule trial currently scheduled to commence June 15, 2010 due to a conflict. Defense counsel does not oppose the request. Upon consideration of the motion, the Court will grant the request. Accordingly,

        **IT IS HEREBY ORDERED** that the Motion to Reschedule Trial (Dkt. #17) is **GRANTED**. The final pretrial conference is rescheduled to **July 6, 2010 at 1:30 p.m.** The jury trial is rescheduled to **July 13, 2010 at 8:45 a.m.**


Date: April 12, 2010                               /s/ Paul L. Maloney
                                                Paul L. Maloney
                                                Chief United States District Judge