UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                              HONORABLE PAUL L. MALONEY

v.

                              Case No. 1:10-cr-7

JOSEPH SCOTT GRAY,

        Defendant.
_____/

## ORDER GRANTING ENDS OF JUSTICE CONTINUANCE

Before the Court is the defense counsel's motion for ends of justice continuance of the final pretrial presently scheduled for June 30, 2010 and trial scheduled for July 13, 2010. The basis of the motion is that defendant's counsel has another trial scheduled to begin on July 13, 2010 before the Honorable Janet T. Neff (case number 1:10-cr-34, *United States v. Todd Allen Gardner*). A continuance will allow counsel additional time to properly investigate, file pretrial motions, and prepare for trial.

The Court finds that the ends of justice served by the granting of a continuance outweighs the best interest of the public and the defendant in a speedy trial.

NOW THEREFORE, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), an ends of justice continuance is hereby entered. The final pretrial conference is rescheduled to **September 7, 2010 at 10:00 a.m.** Jury trial is rescheduled to **September 20, 2010 at 1:30 p.m.**

Dated: June 28, 2010                                         /s/ Paul L. Maloney
                                                             Paul L. Maloney
                                                              Chief United States District Judge