IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                    No. 1:10-cr-07

                                                                        Hon. Paul L. Maloney
                                                                        Chief U.S. District Judge

JOSEPH SCOTT GRAY,

    Defendant.
_____/

## ORDER GRANTING MOTION FOR LEAVE TO FILE
## EX PARTE MOTION UNDER SEAL

Joseph Scott Gray, defendant, has filed his Motion for Leave to File Ex Parte Motion Under SEAL. The Court has reviewed the Motion.

IT IS ORDERED that defendant's Motion for Leave to File Ex Parte Motion Under SEAL is GRANTED.

**IT IS SO ORDERED.**

Dated: August 17, 2010              /s/ Paul L. Maloney
                                             HONORABLE PAUL L. MALONEY
                                             Chief United States District Judge