IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    No. 1:10-cr-07

Hon. Paul L. Maloney
Chief U.S. District Judge

JOSEPH SCOTT GRAY,

    Defendant.
_____/

## ORDER GRANTING MOTION FOR LEAVE TO FILE
## EX PARTE STATEMENTS UNDER SEAL

Joseph Scott Gray, defendant, has filed his Motion for Leave to File Ex Parte Statements Under SEAL. The Court has reviewed the Motion.

IT IS ORDERED that defendant's Motion for Leave to File Ex Parte Statements Under SEAL is GRANTED.

**IT IS SO ORDERED.**

Dated: September 20, 2010        /s/ Paul L. Maloney
                                          HONORABLE PAUL L. MALONEY
                                          Chief United States District Judge