UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,
    Plaintiff,

-v-

JOSEPH SCOTT GRAY,
    Defendant.

No. 1:10-cr-07

HONORABLE PAUL L. MALONEY


## ORDER

Defendant Gray filed a motion to exclude hearsay evidence. (ECF No. 67.) Defendant requested the court exclude tape recording of a transaction and a video posted on the internet site YouTube. The Government filed a response. (ECF No. 70.)

For the reasons given on the record, the motion is **GRANTED IN PART and DENIED IN PART.** The audio recording is admissible. The Government has not yet established the admissibility of the internet video. **IT IS SO ORDERED.**


Date:  September 27, 2010                  /s/ Paul L. Maloney
                                                                                  Paul L. Maloney
                                                                                  Chief United States District Judge